| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lawson, Jr., Roger H. | 2. Court or Organization<br><br>Middle District, Georgia | 3. Date of Report<br><br>05/04/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Georgia Judicial Retirement System-Retirement | $94,808.76 |
| 2. 2020 | Judicial Retirees & Survivors Admin Office of the US Courts | $209,275.17 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2020 | First United Methodist Church--Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lawson, Jr., Roger H. | 05/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. John Deere Credit | Tractor Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Sunmark Bacnshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch - Bank of America | A | Interest | J | T | | | | | |
| 4. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 5. Merrill Lynch | | | | | | | | | |
| 6. --Merrill Lynch Bank USA | | None | K | T | | | | | |
| 7. --Transamerica Life Ins. Co. - Transamerica Landmark Annuity | | None | L | T | | | | | |
| 8. --Transamerica Life Ins. Co. - Transamerica Landmark Annuity | | None | K | T | | | | | |
| 9. 270.00 Acres, Hawkinsville, Pulaski County, GA | | None | N | W | | | | | |
| 10. Wells Fargo-High Yield Bond Fund A | A | Dividend | | | Sold | 07/15/20 | J | A | |
| 11. Franklin Georgia Tax-Free Income Fund-Class A | A | Dividend | | T | Sold | 07/15/20 | J | A | |
| 12. Rental House, [        ] Hawkinsville, Pulaski County, GA | C | Rent | K | W | | | | | |
| 13. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 14. Rental House, [        ] Hawkinsville,GA Und Inter | D | Rent | K | W | | | | | |
| 15. Merrill Lynch | | | | | | | | | |
| 16. Merrill Lynch Deposit Account | A | Dividend | K | T | | | | | |
| 17. --Regions Financial Corp | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   --Pimco Income Fund Cl C | A | Dividend | K | T | | | | | |
| 19.   --Aralez Pharmaceuticals | | None | J | T | | | | | |
| 20.   --Nuveen Georgia Muni Bond Fund | E | Dividend | O | T | | | | | |
| 21.   --Virnetx Hldg Corp | A | Dividend | J | T | | | | | |
| 22.   Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 23.   Merrill Lynch | | | | | | | | | |
| 24.   --Merrill Lynch Deposit Account | A | Interest | J | T | | | | | |
| 25.   --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 26.   --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 27.   --Abbvie Inc SHS | A | Dividend | J | T | | | | | |
| 28.   --A T & T Inc | A | Dividend | J | T | | | | | |
| 29.   --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 30.   --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 31.   --Cintas Corp Common | A | Dividend | K | T | | | | | |
| 32.   --CDK Global Inc SHS | A | Dividend | J | T | | | | | |
| 33.   --Coca-Cola Co Common | A | Dividend | J | T | | | | | |
| 34.   --General Electric Co Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Walt Disney Co Common | A | Dividend | K | T | | | | | |
| 36. --Dupont De Nemours Inc | A | Dividend | J | T | | | | | |
| 37. --Dow Inc Reg | A | Dividend | J | T | | | | | |
| 38. --Pareteum Corp | | None | J | T | | | | | |
| 39. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 40. --Illinois Tool Works Inc | A | Dividend | K | T | | | | | |
| 41. --Eli Lilly & Co Common | A | Dividend | J | T | | | | | |
| 42. --McDonald's Corp Common | A | Dividend | J | T | | | | | |
| 43. --Medtronic Inc Common | A | Dividend | J | T | | | | | |
| 44. --Pfizer Inc Common | A | Dividend | J | T | | | | | |
| 45. --Proctor & Gamble Co Common | A | Dividend | J | T | | | | | |
| 46. --Western Asset Managed Municipals Fd CL | C | Dividend | M | T | | | | | |
| 47. --Walgreens Boots Alliance Inc | A | Dividend | J | T | | | | | |
| 48. --Chemours Co | A | Dividend | J | T | | | | | |
| 49. --Wells Fargo & Co New Common | A | Dividend | J | T | | | | | |
| 50. --WT 01 21 American Intl | | None | J | T | | | | | |
| 51. --Western Assets Managed Municipals | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Merck and Co Inc | A | Dividend | J | T | | | | | |
| 53. --Viatris Inc | | | J | T | Sold (part) | 11/20/20 | J | A | |
| 54. Merrill Lynch | | | | | | | | | |
| 55. --Blackrock Strategic Income Opprts | A | Dividend | J | T | | | | | |
| 56. --IShares Select | A | Dividend | J | T | | | | | |
| 57. --IShares Edge MSCI | A | Dividend | K | T | | | | | |
| 58. --IShares S & P 100 | A | Dividend | K | T | | | | | |
| 59. --IShares Core High Dividend | A | Dividend | K | T | | | | | |
| 60. --Lord Abbett Bond | A | Dividend | J | T | | | | | |
| 61. --Pimco Income Fund | A | Dividend | K | T | | | | | |
| 62. | A | Distribution | | | | | | | |
| 63. --Amer Funds Income Funds | A | Dividend | | | Sold | 06/02/20 | J | A | |
| 64. --American Capital Income | A | Dividend | | | Sold | 05/12/20 | J | A | |
| 65. --Vanguard Value ETF | A | Dividend | K | T | | | | | |
| 66. --Vanguard Growth ETF | A | Dividend | L | T | | | | | |
| 67. --JP Morgan Exchange ETF | A | Dividend | J | T | Sold (part) | 11/30/20 | J | A | |
| 68. --Pimco Low Duration | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lawson, Jr., Roger H. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Distribution | | | | | | | |
| 70. --Lord Abbett Short Duration | A | Dividend | J | T | | | | | |
| 71. --IShares Core S & P Total | A | Dividend | J | T | | | | | |
| 72. --Invesco S & P 500 Low Volatility | A | Dividend | K | T | | | | | |
| 73. --WABTEC | A | Dividend | J | T | | | | | |
| 74. --Blackrock Total Return | A | Dividend | J | T | | | | | |
| 75. | A | Distribution | | | | | | | |
| 76. --Davis Global Fund | A | Dividend | K | T | | | | | |
| 77. | A | Distribution | | | | | | | |
| 78. --Corteva inc Reg SHS | A | Dividend | J | T | | | | | |
| 79. --American Growth Fund | A | Dividend | K | T | Buy | 05/12/20 | K | | |
| 80. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lawson, Jr., Roger H.** | 05/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Original Line 68 last year, JP Morgan Exchange ETF was listed as sold, but it should have been listed as Sold (Part).

2.  Last year we had IShares MSCI EAFE Index listed and also IShares Edge MSCI.  These are actually the same account.  There should have only been one of those listed on the report.  Therefore, we are deleting IShares MSCI EAFE Index this year.

3.  Line 53, Viatris, Inc came about due to Pfizer, Inc. paying dividends in shares of Viatris. 33 shares paid on 11/19/20.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Roger H. Lawson, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544